HANNAH RATTRAY *et al.*, Plaintiffs in Error, *v.* CHARLES L. WILSON, Defendant in Error.

ERROR TO THE SUPERIOR COURT OF CHICAGO.

THIS case, and that preceding it, were submitted on the same argument; and the facts correspond.

W. C. GOUDY, for Plaintiffs in Error.

F. H. KALES, and G. HERBERT, for Defendant in Error.

CATON, C. J. It appeared on the trial that the plaintiff

had the legal, and the defendant the equitable title. In an action of ejectment the plaintiff was entitled to recover. The other questions in this case have been considered in the case of *Stow* v. *Kimball*, at this term.

The judgment must be reversed, and the cause remanded.

*Judgment reversed.*